TO BE PUBLISHED

# Supreme Court of Kentucky

2024-SC-0409-KB

IN RE: ROBERT ANDREW ROWLAND

**IN SUPREME COURT**

**OPINION AND ORDER**

Robert Andrew Rowland was admitted to the practice of law with the Kentucky Bar Association (KBA) on October 23, 2010.  His KBA number is 93249.

Rowland was suspended from the KBA for 180 days on October 29, 2020, in case number 2020-SC-0228-KB.  On September 7, 2021, Rowland filed his first application for reinstatement.  As Rowland's "suspension [had] prevailed for 181 days or more," his reinstatement process proceeded pursuant to Supreme Court Rule (SCR) 3.502.[1]  In accordance with that rule, review was required by the Character and Fitness Committee (the Committee) of the KBA. Rowland submitted a Character and Fitness questionnaire on October 29, 2021.  On March 17, 2023, the Committee gave Rowland notice via letter that it was deeming his application for reinstatement to be withdrawn "due to the age

---

[1] The agreed recommendation regarding Rowland's reinstatement states that his suspension had prevailed for more than "180 days."  We assume this to be a typo as both SCR 3.501 and SCR 3.502 reference a suspension lasting longer or fewer than "181 days."  At any rate, Rowland's suspension continued for well over 181 days.

of the application, the change in the Supreme Court Rules, and a period of abeyance[.]" On June 7, 2023, the KBA issued an order officially withdrawing Rowland's application for reinstatement.[2]

In August 2023, Rowland filed a second application for reinstatement. The Inquiry Commission deemed Rowland's application complete on September 13, 2023. The Office of Bar Counsel (OBC) was ordered to investigate Rowland's application pursuant to SCR 3.502(5), followed by review of the application by the Committee pursuant to SCR 3.502(6).

In December of 2023, the Inquiry Commission filed Notice that it had completed its investigation into Rowland's application. In January 2024 the KBA Executive Director transmitted the record to the Office of Bar Admissions for review by Character and Fitness under SCR 3.502(6). The OBC determined that Rowland has satisfied the criteria set forth in SCR 3.503(1) and does not object to his reinstatement. The Committee likewise determined that Rowland has satisfied the criteria set forth in 3.503(1) and does not object to his reinstatement.

SCR 3.502(6)(a) directs that a formal hearing on the record will not be required prior to reinstatement "if the Applicant, Office of Bar Counsel, and a majority of the Committee all agree within thirty (30) days of receipt of the matter from the Inquiry Commission that based upon the record, the Applicant has met his/her burden and should be reinstated to practice." And, "[i]n that

---

[2] No further explanation was provided by the KBA to the Court as to the specific reasons his first application failed.

2

event, the matter shall proceed directly from the Committee to [this] Court for its review." *Id.*

In addition, Rowland paid a $1,000 Character and Fitness fee upon submission of his application, and there has been no objection to this fee being returned to Rowland.

Based on the foregoing, the KBA and Rowland have submitted an agreed recommendation to reinstate Rowland to the KBA. The agreed recommendation states:

> The parties hereby agree and recommend to this court that Robert Rowland's application for reinstatement be approved and that the applicant be reinstated to the practice of law in Kentucky without additional conditions. The parties further agree and recommend that the Character and Fitness fee paid herein be returned to Robert A. Rowland.

The case now stands submitted to this Court. Finding no reason for further review, we accept the agreed recommendation and order:

1. Robert Andrew Rowland is hereby reinstated to the practice of law in the Commonwealth;

2. The Character and Fitness fee of $1,000 (one thousand dollars) that Robert Rowland paid at the time of his application shall be returned to him; and

3. The agreed recommendation does not mandate Robert Roland to pay the certified costs of these proceedings totaling $105.13. The KBA's request that the costs be deducted from his Character and Fitness fee is accordingly denied.

All sitting. All concur.

ENTERED: September 26, 2024.

CHIEF JUSTICE

3